# Exhibit "A"

AO 106 (Rev. 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

In the Matter of the Search of                )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*    )   Case No. 17-950-M
2013 Black Ford Taurus Delaware tag 941793 VIN )
1FAHP2E86DG101216, located at 4601 Bath St. Phila., PA )
and any digital storage devices located therein )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the _____Eastern_____ District of _____Pennsylvania_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a)(1) | Sex trafficking of children or by force, fraud, or coercion |

The application is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Nicholas Grill, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____July 13, 2017_____

_____
*Judge's signature*

City and state: Philadelphia, PA

Honorable David R. Strawbridge, Magistrate Judge
*Printed name and title*

000112

## AFFIDAVIT

I, Nicholas Grill, a Special Agent (SA) with the Federal Bureau of Investigation (FBI),

Philadelphia Division, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), and have

been since March 2005. I am thus a "federal law enforcement officer" as defined in Fed. R.

Crim. P. 41(a)(2)(C). I am currently assigned to the Philadelphia Division, Violent Crimes

against Children Squad, which investigates violations of federal law, including child sex

trafficking, child pornography, enticement of minors to perform unlawful sexual acts, and other

violations of federal law. I have executed or helped execute numerous search and seizure

warrants, and seized evidence related to various crimes. As a federal agent, I am authorized to

investigate violations of laws of the United States and am a law enforcement officer with the

authority to execute warrants issued under authority of the United States. I make this affidavit in

support of an application for a search warrant for one black 4-door 2013 Ford Taurus, with

Delaware tag 941793 ("TARGET VEHICLE") currently located at an impound lot owned by the

Philadelphia Parking Authority, 4601 Bath Street, Philadelphia, PA along with any digital

storage devices that may contain evidence of a prostitution venture.

2.      Title 18, United States Code, Section 1591(a)(1), prohibits knowingly, in or

affecting interstate or foreign commerce, recruiting, enticing, harboring, transporting, providing,

obtaining, advertising, maintaining, patronizing, or soliciting a person, knowing or in reckless

disregard of the fact that the person had not attained the age of 18 years and would be caused to

engage in a commercial sex act. For the reasons given below, I respectfully submit that there is

probable cause to believe that a violation of 18 U.S.C. § 1591(a)(1) has occurred, and moreover, that there is probable cause to believe that evidence of that violation is currently inside of the TERGET VEHICLE as well as on digital devices that may be contained within the TARGET VEHICLE.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant, and thus does not set forth all of the information known to me or to other law enforcement officers regarding this matter.

## PROBABLE CAUSE

4.      In November 2016, two juvenile sex trafficking victims were recovered in the Philadelphia FBI area of operation and a case was subsequently opened in Philadelphia for possible sex trafficking of minors.  Through its human trafficking investigation involving these minors, the FBI identified Dkyle Bridges (BRIDGES) from Claymont, Delaware as the main suspect.

5.      One or about June 20, 2017, the FBI received information from a confidential source (CS) who wished to remain anonymous that a young woman was being trafficked by BRIDGES.  The young woman will be identified herein as Victim #3 (V3), who law enforcement knows to have been involved in prostitution as a minor.  CS stated that BRIDGES is very violent towards V3 and that V3 has known BRIDGES since she was 16 years old.  BRIDGES has hit her in the face and even dragged her from a moving car which left wounds all over her back and legs.  BRIDGES is further alleged to have kicked V3 out of a moving car while in Philadelphia during the winter months without any pants and left her there.  CS has stated that BRIDGES has forced V3 to perform oral sex on him.  BRIDGES is also alleged to have threatened the life of V3's mother and threatened to kidnap family members if the mother

2

tried to get her daughter back from him. CS has stated that BRIDGES has multiple girls working for him, and he pimps them out in multiple states. CS provided telephone number (302) 438-1959 for V3.

6.      The (302) 438-1959 telephone number was then searched by law enforcement and positive results were found on Backpage.com under the listing for Philadelphia women seeking men. Based on your affiant's training and experience, sex traffickers utilize Backpage.com to solicit customers for their sex trafficking enterprise. Backpage.com ("www.backpage.com") is a publicly-available advertisement website where people post ads for sex and other activities. Sex traffickers use cellular telephones and other digital storage devices to take photographs of sex trafficking victims and to upload photographs and information to Backpage.com to solicit customers.

7.      On July 12, 2017, officers of the Philadelphia Police Department and members of the FBI Philadelphia Child Exploitation Task Force conducted an operation designed to locate and recover victims of sex trafficking. In response to a Backpage.com advertisement offering prostitution services and directing customers to call (302) 438-1959 (V3's number), on July 11, 2017, a law enforcement officer acting in an undercover capacity (UC) sent a text message to the telephone number purporting to be interested in arranging such a date.

## THE UNDERCOVER OPERATION

8.      On July 11, 2017, Philadelphia Vice Unit Police Officer and FBI Task Force officer Arthur Weston, badge #3266, acting in undercover capacity went onto the Backpage.com website in the section "women seeking men." Officer Weston found the ad associated with the telephone number (302) 438-1959 (V3's number). On that same date, Officer Weston sent a text to the number (302) 438-1959 asking if he could see the person advertising on that page. Officer

3

000119

Weston received a text reply back: "Yes 80/120/200". Based on Officer Weston's training and experience, he knows that 80/120/200 means $80 for a short stay, $120 for a half hour, and $200 for one hour of sexual relations. Officer Weston exchanged multiple text messages with (302) 438-1959 which included Officer Weston receiving the address where she was at, which was a Motel 6 located at 11580 Roosevelt Blvd., Philadelphia, PA for a meeting on July 12, 2017. On July 12, 2017, Officer Weston arrived at the Motel 6, and he received a telephone call telling him to come by the pool area and he will be let in the room (Room 308). Once inside the room, Officer Weston encounter V3. He gave her the $200 in agreement for sex, and asked to use the bathroom to call for his backup team. The individual was immediately identified as V3.

9.     At approximately the same time, law enforcement surveillance was initiated in the vicinity of 11580 Roosevelt Blvd., Philadelphia, PA. Parked in a parking spot most convenient to access Motel 6 room 308 was the TARGET VEHICLE. The TARGET VEHICLE is registered to Camille Bridges, 728 Plumtree Lane, Claymont, DE 19703, at the same address known to be used by BRIDGES. The TARGET VEHICLE was previously known to the FBI as a vehicle that BRIDGES has been known to use and in which he has been seen driving.

10.     BRIDGES was observed inside the TARGET VEHICLE in the driver's seat with the car running, and was observed putting the car into reverse. Law enforcement conducted an investigative stop of the TARGET VEHICLE. In the passenger seat of the TARGET VEHICLE was another known prostitute, Jordan Lopez-Ervin. At that time, BRIDGES informed law enforcement that the TARGET VEHICLE was his mother's car.

11.     BRIDGES did not have a valid driver's license on his person and his Delaware driver's license was identified as suspended. The TARGET VEHICLE was subsequently impounded and removed to an impound lot owned by the Philadelphia Parking Authority, at

4

4601 Bath Street, Philadelphia, PA.  Observed in plain view were multiple hotel room keys, boxes of magnum condoms, and at least three cellular phones, all of which remain in the TARGET VEHICLE.

12.     V3 was interviewed and stated that she indeed knew BRIDGES, that he was her pimp, and that he drove her to the Motel 6 in Philadelphia from Delaware in the TARGET VEHICLE.  V3 further stated that she worked for BRIDGES in Delaware hotels also and that he received a cut of the money that she made.  V3 always sends text messages to BRIDGES' cellular phone before the encounter starts, providing him with how much money was received and when the encounter was over.

13.     Because of the ongoing nature of the investigation, your affiant requests that this affidavit and other documentation be placed under seal to prevent destruction of evidence, identification of confidential sources, and flight of any targets.

000121

## CONCLUSION

14.   Based upon the information provided above, I respectfully submit that there is probable cause to believe that there is currently contained, inside said vehicle, evidence of a violation of 18 U.S.C. § 1591(a)(1). I therefore respectfully request that the Court issue the attached search warrant, authorizing the search of the TARGET VEHICLE.

Respectfully submitted,

Nicholas Grill
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 13th day of July, 2017.

HON. DAVID R. STAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

6

000122

## ATTACHMENT A – Items To Be Searched

One black 4-door, 2013 Ford Taurus, VIN 1FAHP2E86DG101216, with Delaware tag 941793 currently located at impound lot owned by the Philadelphia Parking Authority, 4601 Bath street, Philadelphia, PA, along with any digital storage devices located therein.

000123

## <u>ATTACHMENT B</u> – Items to be Seized

1.    Any cellular telephones, electronic media, or computers utilized to communicate via text messages or other electronic messages regarding prostitution, the recruitment of persons to work as prostitutes, the solicitation of prostitution customers, or the operation or management of any interstate prostitution venture in violation of 18 U.S.C. § 1591.  Any cellular telephone or other digital device found may be searched for evidence of a prostitution venture in violation of 18 U.S.C. § 1591.

2.    Photographs or videos tending to demonstrate the operation of an interstate prostitution venture, including but not limited to photographs or videos for use in Internet advertisements offering prostitution, which could include minor children.

3.    Documents, receipts, U.S. currency, related to the operation and management of any interstate prostitution venture.

4.    Clothes, belongings, and things to identify other sex trafficking victims.

5.    Any weapons or other items associated with force, fraud, coercion or violence involved in the operation and management of a sex trafficking operation.

2

000124