IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case #2:18-cr-00193-NIQA-1 |
|  | : |  |
| v. | : |  |
|  | : |  |
| DKYLE JAMAL BRIDGES | : |  |

**ORDER**

**AND NOW**, to wit, this _____ day of November 2018, the Court hereby **FINDS** and **ORDERS** as follows:

1. Defendant's Motion to Continue Trial is **GRANTED**;

2. Jury selection and trial currently scheduled for November 21, 2018 is cancelled;

3. A status conference with counsel for the Government and counsel for all Defendants shall be scheduled for _____, 2018;

4. The time period from November 21, 2018 is excluded from the time within which trial must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(I) and (iv); and,

5. The ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial.

**BY THE COURT:**

_____
*Nitza I Quinones Alejandro, DCJ*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case #2:18-cr-00193-NIQA-1 |
| | : | |
| v. | : | |
| | : | |
| DKYLE JAMAL BRIDGES | : | |

**DEFENDANT'S MOTION TO CONTINUE TRIAL**

TO THE HONORABLE NITZA I QUINONES ALEJANDRO, JUDGE OF THE SAID COURT:

Defendant, Dkyle Jamal Bridges, by and through his attorney, Andrew David Montroy, hereby moves for a continuance of the November 21, 2018 trial, and requests that a conference with the Government and all defense counsel be scheduled, and in support thereof, states as follows:

1. Trial is set for November 21, 2018.

2. On October 26, 2018, defense counsel received ten additional discs of discovery, which are protected under this Court's Order.

3. Discovery is voluminous, and is believed to consist of numerous hours of prison phone calls and interviews of witnesses as well as thousands of pages of documents, emails and images. Additional time is needed for review of discovery with the Defendant at the Federal Detention Center, and further investigation.

4. Defense counsel is requesting a continuance of the November 21, 2018, and would also ask that Court schedule this matter for a conference with the Government and all defense counsel so that a trial date certain can be selected.

5. Pursuant to 18 U.S.C. §3161(h)(7)(B), and consistent with the holding in <u>United States v. Toombs</u>, 574 F.3d 1262 (10th Cir. 2009), Defendant submits that good grounds exist for the continuance.

6. The ends of justice will be served by granting a trial continuance pursuant to §3161(h)(7)(A).

7. Granting a continuance for the above-stated reasons outweigh the interest of the public and the Defendants in a speedy trial. Furthermore, a plea agreement between the United States and the Defendant, or a properly prepared defense, is in the best interests of justice.

8. The time until the next scheduled trial date is excludable time under the Speedy Trial Act, and all reasons for the continuance appear on the face of the motion such that a supporting brief is unnecessary.

9. This Motion has the Government's concurrence. Defense counsel for Mr. Jones is opposed to this motion.

**WHEREFORE**, Defendant, Dkyle Jamal Bridges, respectfully requests this Honorable Court enter an Order continuing the November 21, 2018 trial, schedule a conference with the Government and all defense counsel, and for such other and further relief which the Court deems just.

Respectfully submitted,

*/s/ Andrew Montroy*
Law Offices of Andrew David Montroy
By: Andrew David Montroy, Esquire
1500 Walnut Street, 22nd Floor
Philadelphia, PA  19102
(215) 735-1850
amontroy@gmail.com
Attorney for Defendant Bridges

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case #2:18-cr-00193-NIQA-1 |
| | : | |
| v. | : | |
| | : | |
| DKYLE JAMAL BRIDGES | : | |

## CERTIFICATE OF SERVICE

I, Andrew David Montroy, Esquire, hereby certify that I am this day electronically filing Defendant's Unopposed Motion to Continue Trial, as well as serving a true and correct copy of same upon the following by first class mail, postage prepaid:

      Seth M. Schlessinger, Asst. U.S. Atty.
      Office of the United States Attorney
      615 Chestnut Street, Suite 1250
      Philadelphia, PA  19106

      Leigh Michael Skipper, Esquire
      Defender Association of Philadelphia
      The Curtis Center, Suite 540 West
      Independence Square West
      Philadelphia, PA  19106
      Attorney for Defendant Jones

           */s/ Andrew Montroy*
      Law Offices of Andrew David Montroy
      By:  Andrew David Montroy, Esquire
      1500 Walnut Street, 22nd Floor
      Philadelphia, PA  19102
      (215) 735-1850
      amontroy@gmail.com
      Attorney for Defendant Bridges

DATED:  November 2, 2018