IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| **DKYLE JAMAL BRIDGES** | : | CRIMINAL NO. 18-193-01 |

AND NOW, this 18th day of January, 2019, it is

ORDERED that excludable time in the above-captioned case be computed and entered in the record from the date of filing of the DEFENDANT'S MOTION TO CONDUCT <u>FRANKS</u> HEARING, document number 121, filed on January 18, 2019, until such time that a hearing on said motion is concluded or other prompt disposition is made.

_____
Nitza I. Quiñones Alejandro, J.

BY THE COURT:

ATTEST:

/s/Rosalind Burton Hoop
Rosalind Burton Hoop, Deputy Clerk

(CODE - E)

☐ The court deems this case "UNTRIABLE".

Cr 27b (8\80)