IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| | : |
| v. | : NO. 18-193-1 |
| | : |
| DKYLE JAMAL BRIDGES | : |
| *Defendant* | : |

# ORDER

**AND NOW**, this 31st day of January 2019, upon consideration of Defendant Dkyle Jamal Bridges' *motion to conduct a hearing under Franks v. Delaware,* 483 U.S. 154 (1978), (Doc. 121, it is hereby **ORDERED** that the motion is **GRANTED**, and the *Frank* hearing is scheduled on February 14, 2019, in Courtroom 8B, United States Courthouse, 601 Market Street, Philadelphia, PA.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*