Information and belief that the following is an accurate transcription of audio messages sent by Karen Allen to B.T. and B.T.'s text responses to those messages.

| | |
|---|---|
| Audio TM 1.3 | And if I knew that was your life style from the door, I wouldn't of did shit.  I thought I was helping you. |
| | Plus, I don't even fuck with cops.  I thought I was helping you.  You're the one who's acting like an asshole about it. |
| TM Response: | Because u didn't talk to me. U didn't ask me. You Thought. You Assumed. I'm not acting like an asshole its just crazy. |
| Audio TM 2.3 | Well, what do you expect?  What am I supposed to come up to you and ask you that question?  No.  I barely even see you.  And yeah maybe I did assume.  But Jessica was telling me all this shit.  Man, I thought you was a victim to the street. |
| | If you go back and read my shit, okay?  'Cause I wasn't really trying to hurt anybody but to save you.  Everything I said could never even be held up in court because it was all hearsay. |
| TM Response: | Ok |
| Audio TM 2.3 | And what I did was out of love.  It wasn't out to hurt nobody.  Why would I try to hurt you, bae?  I love you. |
| TM Response: | Not sure was hearing all these stories. Mom Jess was a crackhead. |
| Audio TM 2.3 | I had talked … I would talk to Jessica.  She would be like, "Yeah, he beats her up.  He beats us both up.  And then after she works, he takes all . . . all both of our money.  Takes my money.  He punched her in the face."  Something about hittin' him in the head with a bottle.  I thought you were being held against your own will, man. |
| TM Response: | Using a 15 year old girl didn't u see the article. |
| | I didn't care was Jessica was doing.  I wasn't worried what she was doing.  Jessica is a broken soul.  She's soulless.  She don't give a fuck.  She's ruined.  I was just . . . |
| Audio TM 3.3 | . . . soul.  She's soulless.  She don't give a fuck.  She's ruined.  I was just worried about you.  I told Jessica that I was going to fucking put her daughter into prostitution.  I didn't care . . . |
| TM Response: | Oh my god. |
| Audio TM 3.3: | I had nobody to talk to about it.  I didn't want to talk to mom-mom about it, like shit that I knew.  Then I talked to Jamie about her sister being in prostitution and she couldn't get out of it because of her pimp.  I didn't realize today that . . . hold on. |
| | Hold on.  I'm a little stoned. |
| | I didn't realize that's the new thing. |

|              |                                                                                                                                                                                                                                                                                                                                                                                                                         |
|--------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|              | You don't understand.  I grew up watching HBO series about pimps and whores and all that shit, bae.                                                                                                                                                                                                                                                                                                                     |
| TM Response: | I feel you, its just crazy Bcus me and he stopped even being friends while she was telling you all of this.                                                                                                                                                                                                                                                                                                             |
| Audio TM 3.3 | I didn't know all that, bae, man.  I didn't do it to hurt you.  I did it because I love you.  I thought I was seriously saving you from the D'Kyle that he was hurting you, he was beating you, like all kinds of crazy shit, bae.  I thought I was saving you.  I thought you couldn't get away from him, man.  Like if I fucked up, I fucked up, but I did it out of love.  I didn't do it to hurt you.              |
| TM Response: | Ok I feel really bad, but I understand                                                                                                                                                                                                                                                                                                                                                                                  |
| Audio TM 4.3 | What do you think I felt like in the back of a cop car?  They came for me at my work.  Dude that shit was my (inaudible).                                                                                                                                                                                                                                                                                               |
|              | I thought you was in danger.  I don't know.  I just fucking thought he was holding you and making you prostitute.  I thought he was like a pimp.                                                                                                                                                                                                                                                                         |