**UNITED STATES OF AMERICA**

**VS.**

**DEFENDANT**

                                                **CRIMINAL CASE NUMBER**

**ATTACHMENT INCORRECT**