FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**


OFFICIAL RECORD

Date of entry  07/19/2017

■■■ G■■■ (minor, protect identity), date of birth (DOB) ■■■, residing at ■■■, was interviewed at the aforementioned address. After being advised of the identity of the interviewing Agent and the nature of the interview, G■■■ provided the following information:

G■■■ was shown several photographs that she positively identified as, DKYLE BRIDGES (photo "A"), KRISTIAN JONES (photo "B"), B■■■ T■■■ (photo "C"), and JORDAN LOPEZ ERVIN (photo "D"). In addition to photographs she was shown two pictures that she identified as herself. These pictures were posted on Backpage.com to advertise for the purpose of prostitution, the pictures are marked "E" and "F". G■■■ advised that BRIDGES took the photo marked "F" and posted it to Backpage.com, he utilized ERVIN'S phone to take the picture. JONES took the photo marked "E" and posted it to Backpage.com.

G■■■ was recovered On November 15, 2016 at the Motel 6, room 614, Tinicum, Pennsylvania(PA), I■■■ C■■■ (minor) was also recovered in the same room. JONES was in the room acting as security while C■■■ was forced to do a date for the purpose of prostitution. G■■■ and C■■■ were forced to pay JONES for his role as security. BRIDGES informed C■■■ she had to perform a date and he refused to allow G■■■ to leave after she repeatedly requested to be taken home. ERVIN was also in the Motel 6 that same night but in a different room for the purpose of prostitution. BRIDGES drove the two minors, G■■■ and C■■■, as well as JONES and ERVIN from Delaware to Tinicum, PA for the purpose of prostitution.

A week prior to the recovery on 11/15/2016, BRIDGES drove G■■■ from Delaware(DE) to the same Motel 6 in Tinicum, PA to perform a date for the purpose of prostitution. She requested to go home but BRIDGES would not take her home until she performed the date. Bridges kept all the money from the date G■■■ performed. The room was under ERVIN'S name.

C■■■ would frequently arrive at G■■■'S house with bruises caused by beatings from BRIDGES.

| | | |
|---|---|---|
| Investigation on | 07/18/2017 at | Stanton, Delaware, United States (In Person) |
| File # | 31E-PH-2117217 | Date drafted  07/19/2017 |
| by | JACKSON CHRISTOPHER | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

000029

FD-302a (Rev. 05-08-10)



31E-PH-2117217

Continuation of FD-302 of (U) Interview of N███ G███, On 07/18/2017, Page 2 of 2

G███ last spoke with JONES several days prior to this interview, he was with T███.

G███ has two friends that attend ███████████████