## Affidavit of █████

1. I, L███ C████ state that I reside at ██████████ in Wilmington, DE. My date of birth is ██████████. I have been a resident of Delaware all of my life.

2. Through social media contacts, I became aware of Dkyle Bridges. It was not however until following my 18th birthday that I actually hung out with Dkyle. In fact, I did not know his last name until recently.

3. Although I got involved in an escort business, I never worked with Dkyle and at no time did I ever hear that he was involved in prostitution.

4. I became an escort after having conversations with my girlfriend N███ G███. We discussed working together. I believe that N███ had an ad in Backpage.com. I never placed an advertisement in Backpage or anywhere.

5. I knew N███ from high school. N███ approached me suggesting I could make a lot of money. It was probably the end of October, 2016 when N███ approached me about the idea of working with her.

6. In November of 2016, I went to the Motel 6 located in Essington, PA. N███ told me she was going to get me set up to work at the motel. N███ taught me how to handle myself when working as an escort. I knew N███ had some experience as an escort but did not know how long she had been working as an escort at that time. It was my understanding that Nadira and I were going to be working together. No one else was involved to my knowledge.

7. On November 15, 2016, N███ had me picked up to be transported to the Motel 6 by a female friend of hers. The female dropped me off and continued on her way.

8. N███ had sent me a text telling me what room she was in. A girl named Lay was in the room along with a male named Kris. Kris was watching tv and hanging out with us for a while but then he left the room. I never met Lay or Kris before.

9. Although I don't recall all the events of that evening, I do recall that an Asian male was my second date that evening. In the room with me was N███. The male paid me $160. Lay took the money and said she was going to buy some food but she never returned. I have not seen her since that day.

10. After my date with the Asian male, N███ and I were lying down and going to sleep. Kris was in the bathroom smoking a cigarette when police came to the door. The police knocked and announced they were outside the door. N███ opened the door.

11. The three of us were taken to the police station. I admitted to having a date with the Asian male. N███ had also had more than one date in the room that night. Kris was not involved in any way. He was just hanging out with us.

12. Kris was only hanging out at the motel. He was there before we arrived. He was not acting as security for us; he was not working with us and he had not arranged any of the dates to my knowledge. Everything was handled by N███

13. I was interviewed by police. Trying to protect Kris who was wrongly being accused of being a pimp, I told the police he was my boyfriend. I also told police that my actions were my own and that other than working with N███ as a team, I was not working with anyone else.

14. I assume Lay was working with N███ I never really asked her involvement. I was new to the business and learning. I was just trying to be my own business woman.

15. Dkyle Bridges was not involved in my activities at the Motel 6 and neither was Kris. I have no knowledge of Dkyle working with N▇ either.

16. Although Dkyle had interactions with friends of mine on social media, I had never met Dkyle prior to the arrest at the Motel 6.

I, L▇ C▇ hereby attest that the foregoing Affidavit is true and correct. To the best of my knowledge, information and belief. I state this subject to the penalties of perjury.

X▇ ▇
10/12/18
L▇ C▇

Date:

Sworn to and subscribed before me this 12th day of October, 2018

Erica Robertson

*Erica Robertson*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ERICA ROBERTSON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 15, 2018