IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CRIM. NO. 18-193-1 |
| DKYLE JAMAL BRIDGES | : |
| KRISTIAN JONES | : |
| ANTHONY JONES | : |

**GOVERNMENT'S POST-HEARING BRIEF IN FURTHER OPPOSITION TO DEFENDANT DKYLE JAMAL BRIDGES' MOTION TO SUPPRESS PHYSICAL EVIDENCE FROM FORD TAURUS**

As set forth in the Government's prior filings, and at the suppression hearing on February 14-15, 2019, defendant Dkyle Jamal Bridges' motion to suppress evidence from the Ford Taurus (ECF No. 55) should be denied. The Government believes that the grounds for denying the motion are already well established and need not be rehashed here.[1]

For the foregoing reasons, the Court should deny the defendant's motion and find such evidence admissible.

        Respectfully submitted,

        WILLIAM M. McSWAIN
        United States Attorney


        s/ Jessica Urban
        SETH M. SCHLESSINGER
        Assistant United States Attorney
        JESSICA URBAN
        Trial Attorney
        Child Exploitation & Obscenity Section
        U.S. Department of Justice

Dated: February 28, 2019

---

[1] The Government nonetheless reserves the right to file a response to Bridges' post-trial submission, as provided in the Court's scheduling order.

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019, I filed this document electronically using the CM/ECF system and thereby caused a copy of the same to be served on all counsel of record.

s/ Jessica Urban
JESSICA URBAN
Trial Attorney
Child Exploitation & Obscenity Section
U.S. Department of Justice
