# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 18-193-1 |
| | : | |
| DKYLE JAMAL BRIDGES | : | |
| *Defendant* | : | |

## ORDER

AND NOW, this 20th day of March 2019, upon consideration of Defendant Dkyle Jamal Bridges' request, pursuant to *Franks v. Delaware*, 483 U.S. 154 (1978), to suppress all physical evidence obtained from the July 12, 2017 search of the 2013 Ford Taurus, (Doc. 121), the Government's response in opposition thereto, (Doc. 147), and the evidence and oral argument presented at the hearing held on February 15, 2019, it is hereby **ORDERED** that Defendant's request is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*