## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 18-193-1** |
| | : | |
| **DKYLE JAMAL BRIDGES** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 20th day of March 2019, upon consideration of Defendant's *motion in limine to exclude evidence of trafficking of additional victims and exclude prejudicial information and images that outweigh probative value*, (Doc. 142), and the Government's response in opposition thereto, (Doc. 149), it is hereby **ORDERED** that:

(1) Defendant's motion to exclude evidence of trafficking of additional victims is **GRANTED**;[1] and

(2) Defendant's motion to exclude prejudicial information and images that outweigh probative value is held in abeyance to be considered, if appropriate, during trial.[2]

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1]    By separate Order of this day, this Court denied the Government's motion to admit this same evidence.

[2]    Adjudication of this portion of Defendant's underlying motion necessarily depends on the introduction of other evidence at trial.